UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

SIDNEY OWENS,

Case No. 16-32002-DHW
Chapter 13

Debtor.

## ORDER SUSTAINING OBJECTION AND ALLOWING CLAIM AS A GENERAL UNSECURED CLAIM

Debtor filed an objection (Doc. #19) to Claim No. 1 filed by Credit Central, LLC. The objection to claim came on for a hearing on November 28, 2016. In accordance with the ruling from the bench in open court, it is

ORDERED that the objection is SUSTAINED and the above-referenced claim is hereby ALLOWED as a general unsecured claim.

Done this 28th day of November, 2016.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
Joshua C. Milam, Attorney for Debtor
Credit Central, LLC, Creditor
Sabrina L. McKinney, Acting Trustee